No. 97–6338. MOORE v. HARRIMAN CITY SCHOOLS ET AL. C. A. 6th Cir. Certiorari denied. 

No. 97–6339. MAYBERRY v. GABRY ET AL. C. A. 6th Cir. Certiorari denied. 

No. 97–6342. SPRING BROOK FIELD v. CITY OF ORLANDO. Cir. Ct. Orange County, Fla. Certiorari denied.

No. 97–6398. KIRBY v. BURTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–6424. SAMMONS v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 97–6429. DELOR v. ATX TELECOMMUNICATION SERVICES. C. A. 3d Cir. Certiorari denied. 

No. 97–6433. TURNER v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 97–6434. TURNER v. UNITED STATES; TURNER v. DEPARTMENT OF JUSTICE; and TURNER v. INTERNAL REVENUE SERVICE ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 97–6464. BAKER v. INDIANA. Ct. App. Ind. Certiorari denied. 

No. 97–6489. DENISON v. DAUPHIN COUNTY PRISON ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6502. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 97–6510. YOST v. HUFFMAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 97–6550. MAKOWSKI v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 97–6554. ROMAN v. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied. 

No. 97–6559. ARCH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.